AO 93C (08/18) Warrant by Telephone or Other Reliable Electronic Means      ☑ Original    ☐ Duplicate Original

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| | |
|---|---|
| In the Matter of the Search of<br>*(Briefly describe the property to be searched<br>or identify the person by name and address)*<br>SEVENTEEN U.S. POSTAL PARCELS LOCATED AT<br>THE WASHINGTON GENERAL MAIL FACILITY,<br>WASHINGTON, DC UNDER RULE 41 | )<br>)<br>)  Case No. 19-sw-449<br>)<br>)<br>) |

## WARRANT BY TELEPHONE OR OTHER RELIABLE ELECTRONIC MEANS

To:     Any authorized law enforcement officer

An application by a federal law enforcement officer or an attorney for the government requests the search and seizure of the following person or property located in the _____ District of _____ Columbia _____
*(identify the person or describe the property to be searched and give its location)*:
  SEE ATTACHMENT A

I find that the affidavit(s), or any recorded testimony, establish probable cause to search and seize the person or property described above, and that such search will reveal *(identify the person or describe the property to be seized)*:
  CONTRABAND CONTROLLED SUBSTANCES

**YOU ARE COMMANDED** to execute this warrant on or before ____December 27, 2019____ *(not to exceed 14 days)*
☑ in the daytime 6:00 a.m. to 10:00 p.m.    ☐ at any time in the day or night because good cause has been established.

Unless delayed notice is authorized below, you must give a copy of the warrant and a receipt for the property taken to the person from whom, or from whose premises, the property was taken, or leave the copy and receipt at the place where the property was taken.

The officer executing this warrant, or an officer present during the execution of the warrant, must prepare an inventory as required by law and promptly return this warrant and inventory to ____Robin M. Meriweather, U.S. Magistrate Judge____.
*(United States Magistrate Judge)*

☐ Pursuant to 18 U.S.C. § 3103a(b), I find that immediate notification may have an adverse result listed in 18 U.S.C. § 2705 (except for delay of trial), and authorize the officer executing this warrant to delay notice to the person who, or whose property, will be searched or seized *(check the appropriate box)*
  ☐ for ____ days *(not to exceed 30)*   ☐ until, the facts justifying, the later specific date of _____.

Date and time issued:  December 13, 2019 _____          _____
                                                                                         *Judge's signature*

City and state:  Washington, DC _____          Robin M. Meriweather, U.S. Magistrate Judge
                                                                                         *Printed name and title*

AO 93C (08/18) Warrant by Telephone or Other Reliable Electronic Means (Page 2)

| Return |||
|---|---|---|
| Case No.: 19-sw-449 | Date and time warrant executed: 12-16-19 @ 11:54 AM | Copy of warrant and inventory left with: U.S.P.S |
| Inventory made in the presence of: Insp Bolger |||
| Inventory of the property taken and name(s) of any person(s) seized: See Attached |||

**Certification**

I declare under penalty of perjury that this inventory is correct and was returned along with the original warrant to the designated judge.

Date: 1-21-20

_Executing officer's signature_

James Ussery  Postal Inspector
_Printed name and title_

| Subject Parcel | Express (E) or Priority (P) and Tracking ID number | Property Seized |
|---|---|---|
| 1. | (P) 9505 5154 5198 9343 5422 12 | Approximately 75 grams of a THC related products to include 40 envelopes of suspected marijuana leafs. |
| 2. | (P) 9505 5066 8336 9344 1768 00 | Approximately 50 grams worth of white pills suspected to be steroids/HGH/Winstrol inside a plastic bag (25 pills), and a mylar bag (25 pills). |
| 3. | (P) 9505 5036 9930 0164 4890 61 | No CDS or CDS proceeds, parcel placed back in mail stream. |
| 4. | (P) 9407 8086 9993 9467 3577 35 | No CDS or CDS proceeds, parcel placed back in mail stream. |
| 5. | (P) 9505 5150 6851 9344 3726 37 | No CDS or CDS proceeds, parcel placed back in mail stream. |
| 6. | (P) 9505 5150 6851 9344 3726 44 | No CDS or CDS proceeds, parcel placed back in mail stream.. |
| 7. | (P) 9505 5110 2657 9343 3913 18 | No CDS or CDS proceeds, parcel placed back in mail stream. |
| 8. | (P) 9505 5143 5141 9344 2133 28 | Approximately 210 grams of THC related to products to include one sheet of suspected THC wax/shatter, and one saran wrapped mass of a green, leafy, plantlike substance, suspected to be marijuana. |
| 9. | (P) 9505 5143 0277 9344 3577 80 | No CDS or CDS proceeds, parcel placed back in mail stream. |
| 10. | (P) 9505 5107 2211 9343 3257 00 | No CDS or CDS proceeds, parcel placed back in mail stream. |
| 11. | (P) 9505 5158 1318 9344 3055 71 | Approximately 1980 grams of THC related products to include 100 canisters of suspected THC oil. |
| 12. | (P) 9505 5066 0316 9343 1216 96 | No CDS or CDS proceeds, parcel placed back in mail stream. |

| 13. | (P) 9505 5156 3641 9344 1579 11 | Approximately 1875 grams of a green, leafy, plantlike substance, inside four heat sealed bags. |
|---|---|---|
| 14. | (P) 9505 5138 1709 9344 7323 71 | Approximately 5285 grams of THC related products to include twelve glass jars of THC labeled caramel. |
| 15 | (P) 9114 9023 0722 4048 8100 69 | No CDS or CDS proceeds, parcel placed back in mail stream. |
| 16 | (E) EE 304 034 674 US | Approximately 455 grams of a green, leafy, plantlike substance, suspected to be marijuana inside one heat sealed bag. |
| 17 | (E) EJ 155 282 621 US | No CDS or CDS proceeds, parcel placed back in mail stream. |